Fill in this information to identify the case:

Debtor 1  Martha Alicia Herrera

Debtor 2 _____

(Spouse, if filing)

United States Bankruptcy Court for the SOUTHERN  District of CALIFORNIA

Case number 18-02370-MM13

## Official Form 410S1

# Notice of Mortgage Payment Change                                      12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. BANK NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR BLUEWATER INVESTMENT TRUST 2018-1

**Court claim no.** (if known): 2-2

**Last 4 digits** of any number you use to identify the debtor's account: 5967

**Date of payment change:** 9/1/2020
Must be at least 21 days after date of this notice

**New total payment:** $1,538.50
Principal, interest, and escrow, if any

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   □ No.
   ■ Yes.    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   _____

   _____

   Current escrow payment: $326.57          New escrow payment: $322.55

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   □ Yes.    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   _____

   _____

   Current interest rate:                    New interest rate:

   Current principal and interest payment:    New principal and interest payment:

| Part 3: | Other Payment Change |
|---|---|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   □ Yes    Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
            *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment                   New mortgage payment:

Debtor 1 <u>Martha Alicia Herrera</u>                                    Case number *(if known)* <u>18-02370-MM13</u>
      Print Name      Middle Name      Last Name

| Part 4: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/   Sean C. Ferry                       Date   8/6/2020
    Signature

Print          Sean C. Ferry                                          Title    Authorized Agent for Creditor
        First Name        Middle Name      Last Name

Company      Robertson, Anschutz & Schneid, LLP

Address      350 10th Ave., Suite 1000
        Number   Street

        San Diego, CA 92101
        City              State      ZIP Code

Contact Phone   470-321-7112                                    Email   sferry@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on   August 6, 2020   , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Martha Alicia Herrera
4428 Anne Sladon St.,
Oceanside, CA 92057

Brian J. McGoldrick
1230 Columbia Street, Suite 1100
San Diego, CA 92101

David L. Skelton
525 B St., Suite 1430
San Diego, CA 92101-4507

United States Trustee
Office of the U.S. Trustee
880 Front Street
Suite 3230
San Diego, CA 92101

By: /s/ Lorena Delgado
Lorena Delgado
ldelgado@rascrane.com

# Shellpoint Mortgage Servicing

Shellpoint Mortgage Servicing

PO Box 10826

Greenville, SC  29603 0826

For Inquiries:  (800) 365-7107

Final

DALE PROSISE
C/O DOUGLAS B JACOBS
CHICO CA  95973

Analysis Date:                    July 30, 2020

Loan:

Property Address:

2872 EATON RD

CHICO, CA  95973

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains  the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Sep 01, 2020 |
|---|---|---|
| P & I Pmt: | $1,456.02 | $1,456.02 |
| Escrow Pmt: | $517.58 | $370.80 |
| Other Funds Pmt: | $0.00 | $0.00 |
| Asst. Pmt (-): | $0.00 | $0.00 |
| Reserve Acct Pmt: | $0.00 | $0.00 |
| Total Payment | $1,973.60 | $1,826.82 |

| Prior Esc Pmt | July 01, 2019 |
|---|---|
| P & I Pmt: | $1,456.02 |
| Escrow Pmt: | $348.75 |
| Other Funds Pmt: | $0.00 |
| Asst. Pmt (-): | $0.00 |
| Resrv Acct Pmt: | $0.00 |
| Total Payment | $1,804.77 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | June 01, 2019 |
| Escrow Balance: | $3,633.75 |
| Anticipated Pmts to Escrow: | $5,400.08 |
| Anticipated Pmts from Escrow (-): | $0.00 |
| Anticipated Escrow Balance: | $9,033.83 |

| Shortage/Overage Information | Effective Sep 01, 2020 |
|---|---|
| Upcoming Total Annual Bills | $4,449.55 |
| Required Cushion | $741.59 |
| Required Starting Balance | $2,224.74 |
| Escrow Shortage | $0.00 |
| Surplus | $6809.09 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 741.59. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 741.59 or 1/6 of the anticipated payment from the account.

This is a statement of actual activity in your escrow account from Nov 2019 to Aug 2020.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 0.00 | 1,035.16 |
| Nov 2019 | | | | 1,860.17 | * | County Tax | 0.00 | (825.01) |
| Dec 2019 | | 517.58 | | | * | | 0.00 | (307.43) |
| Dec 2019 | | 1,035.16 | | | | | 0.00 | 727.73 |
| Dec 2019 | | 12.17 | | | * | Int on Escrow Pmt | 0.00 | 739.90 |
| Jan 2020 | | 517.58 | | | * | | 0.00 | 1,257.48 |
| Feb 2020 | | 517.58 | | | * | | 0.00 | 1,775.06 |
| Mar 2020 | | 517.58 | | | * | | 0.00 | 2,292.64 |
| Mar 2020 | | | | 729.21 | * | Hazard | 0.00 | 1,563.43 |
| Mar 2020 | | | | 1,860.17 | * | County Tax | 0.00 | (296.74) |
| Apr 2020 | | 517.58 | | | * | | 0.00 | 220.84 |
| May 2020 | | 517.58 | | | * | | 0.00 | 738.42 |
| Jul 2020 | | 517.58 | | | * | | 0.00 | 1,256.00 |
| | | | | | | Anticipated Transactions | 0.00 | 1,256.00 |
| Aug 2020 | | 5,400.08 P | | | | | | 6,656.08 |
| | $0.00 | $10,070.47 | $0.00 | $4,449.55 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount .  If you want a further explanation, please call our toll -free number.

P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown  .

Shellpoint Mortgage Servicing

For Inquiries:  (800) 365-7107

Final

Analysis Date:     July 30, 2020

Loan: ███████

### Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 9,033.83 | 2,224.74 |
| Sep 2020 | 370.80 | | | 9,404.63 | 2,595.54 |
| Oct 2020 | 370.80 | | | 9,775.43 | 2,966.34 |
| Nov 2020 | 370.80 | | | 10,146.23 | 3,337.14 |
| Dec 2020 | 370.80 | 1,860.17 | County Tax | 8,656.86 | 1,847.77 |
| Jan 2021 | 370.80 | | | 9,027.66 | 2,218.57 |
| Feb 2021 | 370.80 | | | 9,398.46 | 2,589.37 |
| Mar 2021 | 370.80 | 729.21 | Hazard | 9,040.05 | 2,230.96 |
| Apr 2021 | 370.80 | 1,860.17 | County Tax | 7,550.68 | 741.59 |
| May 2021 | 370.80 | | | 7,921.48 | 1,112.39 |
| Jun 2021 | 370.80 | | | 8,292.28 | 1,483.19 |
| Jul 2021 | 370.80 | | | 8,663.08 | 1,853.99 |
| Aug 2021 | 370.80 | | | 9,033.88 | 2,224.79 |
| | $4,449.60 | $4,449.55 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year)

Your ending balance from the last month of the account history (escrow balance anticipated) is 9,033.83.  Your starting
balance (escrow balance required) according to this analysis should be $2,224.74.  This means you have a surplus of 6,809.09.
This surplus must be returned to you unless it is less than $50.00, in which case we have the option of retaining in your escrow account.
it and lowering your monthly payments accordingly. As the loan is delinquent, we will not be sending a check for the surplus.

A check will be mailed within 30 days from the date of the analysis if your loan is current.

We anticipate the total of your coming year bills to be 4,449.55.  We divide that amount by the number of payments expected during the coming year to
obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | $370.80 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $0.00 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $370.80 |

TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, T NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION